# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

CHRISTOPHER JAMISON,

                      Plaintiff,

                                                                       Civil Action No.: 5:09-CV-0620

     v.                                                                             (GTS/ATB)

DAVID METZ; BRIAN DAVIS;
TIM MacDERMONT; and KEVIN WALSH,

                      Defendants.
_____

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motions for Summary Judgment are GRANTED and Plaintiff's Complaint is DISMISSED with prejudice. Judgment is hereby entered in favor of the Defendants.

All of the above pursuant to the Memorandum-Decision and Order of the Honorable United States District Judge Glenn T. Suddaby, dated the 15th day of September, 2011.

DATED: September 15, 2011

                                                          Clerk of Court

                                                          s/ Melissa Ennis
                                                          Melissa Ennis
                                                          Deputy Clerk